Gregory H. King
Nevada Bar No. 7777
gking@kingdurham.com
Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendant
GREYSTONE NEVADA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EAA HOLDINGS, LLC, a Nevada Limited Liability Company<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTONE NEVADA, LLC, a Nevada Limited Liability Company; ROSE RIDGE HOMEOWNERS ASSOCIATION, a Nevada Nonprofit Corporation; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00412-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSIONS OF TIME**<br><br>(**First Request**) |

Defendant Greystone Nevada, LLC ("Greystone") and Plaintiff EAA Holdings, LLC ("EAA"), by and through their respective counsel of record, hereby stipulate to the following:

1. The deadline for Greystone to file a responsive pleading to EAA's First Amended Complaint (ECF No. 7), currently due on April 14, 2021, is extended to **April 26, 2021**. This is Greystone's first request for an extension of time to file a responsive pleading to the First Amended Complaint.

2. Should Greystone file a motion in response to EAA's First Amended Complaint, the deadline for EAA to file a response to such motion would be May 10, 2021. The

deadline is extended to **May 26, 2021**. This is EAA's first request for such an extension.

3. Greystone intends to file its response to EAA's Motion to Remand (ECF No. 11) by the current deadline of April 26, 2021. The deadline for EAA to file its reply to that response is currently May 3, 2021. The deadline is extended to **May 26, 2021**. This is EAA's first request for such an extension.

DATED: April 14, 2021                KING & DURHAM PLLC

By      */s/ Gregory H. King*
Gregory H. King, NV Bar No. 7777
Matthew L. Durham, NV Bar. No. 10342
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 833-1100

Attorneys for Defendant
GRESYTONE NEVADA, LLC

DATED: April 14, 2021                LEWIS ROCA ROTHGERBER CHRISTIE LLP

By      */s/ Brian D. Blakley*
Ogonna Brown, Bar No. 7589
Brian D. Blakley, Bar No. 13074
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel.  (702) 949-8200

Attorneys for Plaintiff
EAA HOLDINGS LLC

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  April 15, 2021