# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EAA Holdings LLC, a Nevada Limited Liability Company, | Case No.: 2:21-cv-00412-JAD-EJY |
| Plaintiff | **Remand Order** |
| v. | [ECF No. 11] |
| Greystone Nevada, LLC, a Nevada Limited Liability Company; Rose Ridge Homeowners Association, a Nevada Nonprofit Corporation; et al., | |
| Defendants | |

EAA Holdings, LLC filed this real-estate action in Nevada State Court. Defendant, Greystone, Nevada, LLC, removed it to this court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.[1] In a post-removal amended complaint, EAA joined as a defendant Rose Ridge Homeowners Association, destroying diversity, and EAA now moves to remand under 28 U.S.C. § 1447(c). For the reasons stated on the record during today's hearing on that motion to remand and on Greystone's attendant motion to strike,[2] IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 11] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 8, Case No. A-21-828974-C,** and CLOSE THIS CASE.

Dated: June 2, 2021

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.
[2] ECF No. 16.